UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Applicant, )   No.<br>)<br>v. )<br>)<br>ROBERT KIELBASA, )<br>Respondent. )<br>) | |

**APPLICATION FOR ORDER TO SHOW CAUSE AND FOR**
**ORDER TO COMPLY WITH ADMINISTRATIVE SUPBOENA**

Respondent Robert Kielbasa ("Kielbasa") has refused to comply with an administrative subpoena seeking testimony issued by the staff of the Securities and Exchange Commission (the "SEC" or "Commission") in connection with the Commission's formal investigation, In the Matter of Bancorp Rhode Island, Inc. (B-02735).  The Commission subpoenaed Respondent to testify on April 23, 2013.  When he appeared for testimony, Respondent had two options:  (1) testify, or (2) invoke a valid privilege not to do so.  He has done neither.  Respondent Kielbasa refused to provide testimony and further refused to assert any valid privilege.  On the advice of his counsel, Kielbasa refused to name any specific privilege under the Fifth Amendment to the United States Constitution.  He asserted a general privilege not to testify under the Fifth Amendment, but such a privilege has never been recognized by any district court.   The Commission therefore respectfully submits this Application for the Court to issue: (1) an Order to Show Cause why Respondent should not comply with the administrative subpoena; and (2) an Order compelling Respondent to appear for testimony in the

2

Commission's Boston Regional Office and further to provide testimony or assert a specific, valid legal right or privilege not to do so.

In support of this Application, the SEC relies on the Memorandum of Law filed herewith, as well as the Declaration of William Donahue with Exhibits.

        Respectfully submitted,

        //s//R.M. Harper II
        Richard M. Harper II (BBO No. 634782)
        William J. Donahue (BBO No. 631229)
        U.S. SECURITIES AND EXCHANGE COMMISSION
        33 Arch Street
        Boston, Massachusetts 02110-1424
        Ph: (617) 573-8979 (Harper)
        HarperR@sec.gov, DonahueW@sec.gov

        Counsel for Applicant
        Securities and Exchange Commission

Dated: May 1, 2013

Certificate of Service

       I, Richard M. Harper II, hereby certify that on May 1, 2013, I caused a true copy of the foregoing document to be served via electronic and overnight mail upon the following persons:

Mark D. Smith, Esq.
Laredo & Smith, LLP
101 Federal Street, Suite 650
Boston, Massachusetts  02110

                              //s//R. M. Harper II
                              Richard M. Harper II

Dated: May 1, 2013